IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **LARRY DALE BROWN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:12cv544-MHT |
| ) | (WO) |
| **KENNETH JONES, et al.,** ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that defendants acted with deliberate indifference to his safety and racially discriminatory intent not to provide safety to him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be granted and that this case should be dismissed with prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of November, 2012.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE